358 A.2d 423
Kourkene, Appellant, v. Dravo Corporation.

Argued April 19, 1976. Kenneth W. Behrend, with him Anthony A. Seethaler, Jr., for appellant; Vincent J. Grogan, with him Frank R. Fleming, III, for appellee.

Order affirmed.

SPAETH, J., absent.

358 A.2d 102
Levey v. General Motors Corporation, Appellant.

Argued April 15, 1976. John E. Kunz, with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellant; John E. Evans, Jr., with him Evans, Ivory & Evans, for appellee.

Judgment affirmed.